**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: TRAHAN, ROBERT L. | § Case No. 10-24174 |
| TRAHAN, GIEDRE G. | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 27, 2010. The undersigned trustee was appointed on May 30, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         24,458.16

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,956.99 |
| Bank service fees | 1,373.93 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 20,127.24 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/01/2010 and the deadline for filing governmental claims was 12/01/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,195.82. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,195.82, for a total compensation of $3,195.82.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/25/2016     By: /s/NORMAN NEWMAN
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-24174  
**Case Name:** TRAHAN, ROBERT L.  
TRAHAN, GIEDRE G.  
**Period Ending:** 08/25/16

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 05/27/10 (f)  
**§341(a) Meeting Date:** 07/01/10  
**Claims Bar Date:** 12/01/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking Account Bank of America, N.A. P.O. Box   Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2  Savings Account Bank of America, N.A. P.O. Box 2   Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3  Wirt2 Realty- security deposit   Orig. Asset Memo: Imported from original petition Doc# 1 | 9,800.00 | 9,800.00 | | 0.00 | FA |
| 4  Storage:2 older couches, 2 older chairs, end tab   Orig. Asset Memo: Imported from original petition Doc# 1 | 3,910.00 | 0.00 | | 0.00 | FA |
| 5  Storage: artwork Living Room: artwork   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 830.00 | | 0.00 | FA |
| 6  kids clothes, clothes, shoes, purses   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,400.00 | 0.00 | | 0.00 | FA |
| 7  jewelry, fur   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8  Tools, 3 bikes, elliptical, yamaha keyboard   Orig. Asset Memo: Imported from original petition Doc# 1 | 3,250.00 | 0.00 | | 0.00 | FA |
| 9  Term policies with Northwestern Mutual   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10  Disability Policy with Northwestern Mutual   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  IRA Northwestern Mutual Investment Services 611   Orig. Asset Memo: Imported from original petition Doc# 1 | 38,771.11 | 0.00 | | 0.00 | FA |
| 12  IRA Northwestern Mutual Investment Services 611 | 70,501.73 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-24174  
**Case Name:** TRAHAN, ROBERT L.  
                TRAHAN, GIEDRE G.  
**Period Ending:** 08/25/16

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 05/27/10 (f)  
**§341(a) Meeting Date:** 07/01/10  
**Claims Bar Date:** 12/01/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | 401(k) through Wintrust Mortgage<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 18,552.95 | 0.00 |  | 0.00 | FA |
| 14 | 401(k) through Wintrust Mortgage<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 |  | 0.00 | FA |
| 15 | Brokerage account through Northwestern Mutual<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 |  | 0.00 | FA |
| 16 | Claim against former employer American Home Mort<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 |  | 0.00 | FA |
| 17 | Claim under company's deferred compensation plan<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 463,370.00 | 463,370.00 | OA | 14,457.22 | FA |
| 18 | 2001 Dodge Caravan (90,000 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 |  | 0.00 | FA |
| 19 | Porsche 944 Racecar, car has been for sale for 2<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 |  | 10,000.00 | FA |
| 20 | 2001 BMW (needs $3000 of work)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 200.00 |  | 0.00 | FA |
| 21 | Computer, printer, scanner, color printer, dvd p<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 700.00 |  | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 0.94 | Unknown |
| 22 | **Assets** Totals (Excluding unknown values) | **$629,425.79** | **$477,400.00** |  | **$24,458.16** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-24174  
**Case Name:** TRAHAN, ROBERT L.  
TRAHAN, GIEDRE G.  
**Period Ending:** 08/25/16

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 05/27/10 (f)  
**§341(a) Meeting Date:** 07/01/10  
**Claims Bar Date:** 12/01/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Continue to await final distribution from claim in Am. Home Mrtg. Corp.'s Chapter 11 case.

**Initial Projected Date Of Final Report (TFR):** September 30, 2011     **Current Projected Date Of Final Report (TFR):** December 31, 2016

Printed: 08/25/2016 12:56 PM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-24174  
**Case Name:** TRAHAN, ROBERT L.  
TRAHAN, GIEDRE G.  
**Taxpayer ID #:** **-***6978  
**Period Ending:** 08/25/16

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** THE BANK OF NEW YORK MELLON  
**Account:** ****-******78-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/08/10 | {19} | Chicago Liquidators | Sale of Porsche DEPOSIT CHECK #1144 | 1129-000 | 10,000.00 | | 10,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,000.04 |
| 01/05/11 | 1001 | Chicago Liquidators | Costs incurred with Sale of Porche pursuant to Order dated 1/5/11 | | | 1,195.00 | 8,805.04 |
| | | | Liquidators Fees    1,000.00 | 3630-000 | | | 8,805.04 |
| | | | Liquidators Expenses    195.00 | 3640-000 | | | 8,805.04 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,805.11 |
| 02/15/11 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-24174, Bond #016026455 | 2300-000 | | 8.35 | 8,796.76 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,796.82 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,796.89 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,796.96 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,797.03 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,797.10 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,797.17 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,797.24 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,772.24 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,772.31 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,747.31 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,747.38 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,722.38 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,722.45 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,697.45 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,697.52 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,672.52 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,672.59 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,647.59 |
| 02/07/12 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #10-24174, Bond#016026455 | 2300-000 | | 7.05 | 8,640.54 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,615.54 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,590.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,565.54 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,540.54 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,515.54 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,490.54 |

Subtotals :    $10,000.94    $1,510.40

{} Asset reference(s)    Printed: 08/25/2016 12:56 PM    V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-24174 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | TRAHAN, ROBERT L. | | Bank Name: | THE BANK OF NEW YORK MELLON |
| | TRAHAN, GIEDRE G. | | Account: | ****-******78-65 - Checking Account |
| Taxpayer ID #: | **-***6978 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/25/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,465.54 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,440.54 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,415.54 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,390.54 |
| 12/31/12 | | THE BANK OF NEW YORK MELLON | Bank Service Fee | 2600-000 | | 25.00 | 8,365.54 |
| 01/09/13 | | Transfer to Acct #2221644228 | Bank Funds Transfer | 9999-000 | | 8,365.54 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,000.94 | 10,000.94 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,365.54 | |
| | | | **Subtotal** | | 10,000.94 | 1,635.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.94** | **$1,635.40** | |

{} Asset reference(s)

Printed: 08/25/2016 12:56 PM    V.13.28

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-24174  
**Case Name:** TRAHAN, ROBERT L.  
TRAHAN, GIEDRE G.  
**Taxpayer ID #:** **-***6978  
**Period Ending:** 08/25/16

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********28 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/13 | | Transfer from Acct #004142247865 | Bank Funds Transfer | 9999-000 | 8,365.54 | | 8,365.54 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,355.54 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 5.95 | 8,349.59 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.22 | 8,338.37 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.40 | 8,325.97 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,313.99 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.36 | 8,301.63 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.94 | 8,289.69 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.32 | 8,277.37 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.31 | 8,265.06 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.89 | 8,253.17 |
| 10/22/13 | {17} | EPIQ BANKRUPTCY SOLUTIONS, LLC | Settlement of Priority Claim | 1129-000 | 7,109.05 | | 15,362.22 |
| 10/22/13 | {16} | EPIQ BK SOLUTIONS, AS DISTRIBUTION | Settlement of Priority Claim | 1149-000 | 7,109.05 | | 22,471.27 |
| 10/22/13 | {16} | Reverses Wire In # 0 | Settlement of Priority Claim | 1149-000 | -7,109.05 | | 15,362.22 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.68 | 15,346.54 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.08 | 15,324.46 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 15,324.46 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,474.59 | 15,474.59 | $0.00 |
| | | | Less: Bank Transfers | | 8,365.54 | 15,324.46 | |
| | | | **Subtotal** | | **7,109.05** | **150.13** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,109.05** | **$150.13** | |

{} Asset reference(s)

Printed: 08/25/2016 12:56 PM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-24174
**Case Name:** TRAHAN, ROBERT L.
TRAHAN, GIEDRE G.
**Taxpayer ID #:** **-***6978
**Period Ending:** 08/25/16

**Trustee:** NORMAN NEWMAN (330270)
**Bank Name:** RABOBANK, N.A.
**Account:** ******0466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 15,324.46 | | 15,324.46 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.22 | 15,311.24 |
| 01/02/14 | {17} | American Home Mortgage | Payment on Warn Act Claim | 1129-000 | 1,822.63 | | 17,133.87 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.20 | 17,108.67 |
| 02/05/14 | 20101 | MILLER COOPER & CO., LTD. | Retainer pursuant to Order dated 2/5/14 | 3410-000 | | 1,500.00 | 15,608.67 |
| 02/10/14 | 20102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #10-24174, Bond #016026455 | 2300-000 | | 13.66 | 15,595.01 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.88 | 15,573.13 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.65 | 15,551.48 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.86 | 15,527.62 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.33 | 15,505.29 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.55 | 15,483.74 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.49 | 15,459.25 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.49 | 15,437.76 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.68 | 15,414.08 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.90 | 15,391.18 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.92 | 15,371.26 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.05 | 15,346.21 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.07 | 15,324.14 |
| 02/11/15 | 20103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #10-24174, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 5.65 | 15,318.49 |
| 02/11/15 | 20103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #10-24174, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -5.65 | 15,324.14 |
| 02/11/15 | 20104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #10-24174, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 5.77 | 15,318.37 |
| 02/11/15 | 20104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #10-24174, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -5.77 | 15,324.14 |
| 02/11/15 | 20105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE | 2300-000 | | 5.77 | 15,318.37 |

Subtotals : $17,147.09 $1,828.72

{} Asset reference(s)

Printed: 08/25/2016 12:56 PM V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-24174  
**Case Name:** TRAHAN, ROBERT L.  
TRAHAN, GIEDRE G.  
**Taxpayer ID #:** **-***6978  
**Period Ending:** 08/25/16  

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******0466 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #10-24174, BOND NUMBER 10BSBGR6291 | | | | |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.57 | 15,297.80 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.46 | 15,274.34 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.96 | 15,252.38 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.20 | 15,231.18 |
| 06/22/15 | 20106 | Illinois Department of Revenue | Taxes owing for year 2014 | 2820-000 | | 174.00 | 15,057.18 |
| 06/29/15 | {17} | EPIQ Bankruptcy Solutions, as Distribution Agent for Am. | Payment on Allowed General Unsecured Wage Claim | 1129-000 | 5,525.54 | | 20,582.72 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.35 | 20,559.37 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.55 | 20,528.82 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.54 | 20,500.28 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.45 | 20,468.83 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.43 | 20,439.40 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.41 | 20,410.99 |
| 12/08/15 | 20107 | Illinois Department of Revenue | Taxes owing for 12/31/14 | 2820-000 | | 18.22 | 20,392.77 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.27 | 20,360.50 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.23 | 20,332.27 |
| 02/17/16 | 20108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #10-24174, Bond #10BSBGR6291 | 2300-000 | | 28.99 | 20,303.28 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.18 | 20,275.10 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.99 | 20,243.11 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.06 | 20,215.05 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.02 | 20,187.03 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.85 | 20,155.18 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.94 | 20,127.24 |
| | | | ACCOUNT TOTALS | | 22,672.63 | 2,545.39 | $20,127.24 |
| | | | Less: Bank Transfers | | 15,324.46 | 0.00 | |
| | | | **Subtotal** | | 7,348.17 | 2,545.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,348.17** | **$2,545.39** | |

{} Asset reference(s)

Printed: 08/25/2016 12:56 PM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 10-24174 | | Trustee: | NORMAN NEWMAN (330270) |
|---|---|---|---|---|
| Case Name: | TRAHAN, ROBERT L. | | Bank Name: | RABOBANK, N.A. |
| | TRAHAN, GIEDRE G. | | Account: | ******0466 - Checking Account |
| Taxpayer ID #: | **-***6978 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/25/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  24,458.16

Net Estate :  $24,458.16

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******78-65 | 10,000.94 | 1,635.40 | 0.00 |
| Checking # ********28 | 7,109.05 | 150.13 | 0.00 |
| Checking # ******0466 | 7,348.17 | 2,545.39 | 20,127.24 |
| | $24,458.16 | $4,330.92 | $20,127.24 |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 1, 2010

**Case Number:** 10-24174  
**Debtor Name:** TRAHAN, ROBERT L.

Page: 1

**Date:** August 25, 2016  
**Time:** 12:56:58 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | NORMAN NEWMAN<br>191 N. WACKER DRIVE<br>SUITE 1800<br>CHICAGO, IL 60606-1615 | Admin Ch. 7 | | $3,195.82 | $0.00 | 3,195.82 |
| MC-F 200 | MILLER COOPER & CO., LTD.<br>1751 Lake Cook Road, Suite 400<br>Deerfield, IL 60015 | Admin Ch. 7 | | $1,752.50 | $1,500.00 | 252.50 |
| MS-E 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $140.25 | $0.00 | 140.25 |
| MS-F 200 | MUCH SHELIST, P.C.<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL 60606 | Admin Ch. 7 | | $13,704.50 | $0.00 | 13,704.50 |
| 000001 610 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $29,919.57 | $0.00 | 29,919.57 |
| 000002 610 | DYCK O'NEAL<br>PO Box 13370<br>Arlington, TX 76094 | Unsecured | | $45,031.25 | $0.00 | 45,031.25 |
| 000003 620 | AMERICAN EXPRESS TRAVEL RELATED SER<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (3-1) CREDIT CARD DEBT | $2,370.28 | $0.00 | 2,370.28 |
| << Totals >> | | | | 96,114.17 | 1,500.00 | 94,614.17 |

**TRUSTEE'S PROPOSED DISTRIBUTION** Exhibit D

Case No.: 10-24174
Case Name: TRAHAN, ROBERT L.
Trustee Name: NORMAN NEWMAN

**Balance on hand:** $ 20,127.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 20,127.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN NEWMAN | 3,195.82 | 0.00 | 3,195.82 |
| Attorney for Trustee, Fees - MUCH SHELIST, P.C. | 13,704.50 | 0.00 | 13,704.50 |
| Attorney for Trustee, Expenses - MUCH SHELIST, P.C. | 140.25 | 0.00 | 140.25 |
| Accountant for Trustee, Fees - MILLER COOPER & CO., LTD. | 1,752.50 | 1,500.00 | 252.50 |

Total to be paid for chapter 7 administration expenses: $ 17,293.07
Remaining balance: $ 2,834.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,834.17

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,834.17

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 74,950.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | 29,919.57 | 0.00 | 1,131.37 |
| 000002 | DYCK O'NEAL | 45,031.25 | 0.00 | 1,702.80 |

Total to be paid for timely general unsecured claims: $ 2,834.17
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,370.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS TRAVEL RELATED SER | 2,370.28 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

             Total to be paid for subordinated claims: **$**    0.00
             Remaining balance:          $   0.00

**UST Form 101-7-TFR (05/1/2011)**