**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 10-24174 |
| | ) | Chapter 7 |
| ROBERT L. TRAHAN and | ) | Honorable Benjamin Goldgar |
| GEIDRE G. TRAHAN, | ) | |
| | ) | Hearing Date: Wed., Oct. 5, 2016 |
| Debtors. | ) | at 10:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, October 5, 2016** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the **Honorable Benjamin Goldgar** or any other Judge sitting in his stead, in **Courtroom 642**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Final Application of Trustee's Attorneys for the Allowance of Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
**MUCH SHELIST, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 9, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individuals registered to receive notice.

/s/Norman B. Newman

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-24174 |
| | ) | Chapter 7 |
| ROBERT L. TRAHAN and | ) | Honorable Benjamin Goldgar |
| GEIDRE G. TRAHAN, | ) | |
| | ) | Hearing Date: Wed., Oct. 5, 2016 |
| Debtors. | ) | at 10:00 a.m. |

**FINAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period July 7, 2010 through August 16, 2016. In support of this Application, Much Shelist respectfully states as follows:

1. On May 27, 2010, the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2. On July 21, 2010, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered as

2

attorneys for the Trustee.  Much Shelist is not seeking compensation for the services identified on Exhibit "A" as part of this Application.  Mr. Newman is filing a separate Application for Trustee Compensation.

4.　　Much Shelist is entitled to receive final compensation in the amount of $13,704.50 plus reimbursement of out-of-pocket expenses in the amount of $140.25 for services rendered during the period July 7, 2010 through August 16, 2016.

5.　　Much Shelist provided 30.00 hours of services on behalf of the Trustee during the time period cover by this application.

6.　　The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 2.20 hrs. | $570.00/hr. | $1,254.00 |
| Norman B. Newman | 1.80 hrs. | $595.00/hr. | 1,071.00 |
| Norman B. Newman | 1.50 hrs. | $605.00/hr. | 907.50 |
| Norman B. Newman | 7.20 hrs. | $625.00/hr. | 4,500.00 |
| Norman B. Newman | 1.60 hrs. | $640.00/hr. | 1,024.00 |
| Martin J. Wasserman | 11.10 hrs. | $290.00/hr. | 3,219.00 |
| Martin J. Wasserman | 2.50 hrs. | $300.00/hr. | 750.00 |
| Jeffrey M. Schwartz | .50 hrs. | $550.00/hr. | 275.00 |
| Jeffrey L. Gansberg | 1.60 hrs. | $440.00/hr. | 704.00 |
|  |  |  |  |
| TOTAL: | 30.00 hrs. |  | $13,704.50 |

7.　　Attached hereto as Exhibit "B" is a statement of legal services rendered.  The services are listed chronologically and are separated by activity.  Certain time entries could have been listed under a different activity, but there is no duplication of time entries.  The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code.  This application complies with the

standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

9. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

A. **General Administration (Tab 1)**: A total of 1.60 hours of time was spent by Much Shelist on general administrative matters. Time was spent communicating with counsel for the Trustee of the American Home Mortgage Liquidating Trust ("AHM") regarding the timing of final and future distributions on Debtor's claim against AHM. The individual who provided service with respect to this matter and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 1.40 hrs. | $625.00/hr. | 875.00 |
| Norman B. Newman | .20 hrs. | $640.00/hr. | 128.00 |
| | | | |
| TOTAL: | **1.60 hrs.** | | **$1,003.00** |

B. **Employment of Professionals (Tab 2)**: A total of 7.80 hours of time was expended by Much Shelist on the preparation of pleadings and appearance in Court on the Trustee's Motion to Employ Attorneys and Accountants and a Motion to Employ Sales Agent. Time was spent reviewing a proposed Auction Agreement, drafting an affidavit for Chris Matsakis, as Sales Agent, and corresponding with the Sales Agent regarding the sale of the Debtor's Porsche automobile. Additional time was also spent reviewing the accountant's engagement letter and corresponding with the accountant regarding same. The individuals who provided services with respect to this matter and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .70 hrs. | $570.00/hr. | 399.00 |
| Norman B. Newman | 1.60 hrs. | $625.00/hr. | 1,000.00 |
| Martin J. Wasserman | 5.50 hrs. | $290.00/hr. | 1,595.00 |
|  |  |  |  |
| TOTAL: | **7.80 hrs.** |  | **$2,994.00** |

   C. **Disposition of Assets (Tab 3)**: Much Shelist expended 12.10 hours of time in connection with a claim against American Home Mortgage Holdings, Inc. and the sale of a motor vehicle.

**Claim Against American Home Mortgage ("AHM")**: The Debtor, Robert Trahan, a former employee of AHM, scheduled a claim in the amount of $463,370.00 under his former company's deferred compensation plan which he filed in the AHM bankruptcy case, Case No. 07-11047, in the District of Delaware. Counsel corresponded through written communications with counsel for AHM regarding the Trustee's right to collect funds under the proof of claim filed by Robert Trahan. Time was spent reviewing this claim, an order setting a date for filing deferred compensation claims and the AHM bankruptcy case docket for an order allowing wage claims and a plan effective date setting administrative claims deadline. Time was also spent periodically monitoring the AHM case to ascertain the timing of further distributions on Mr. Trahan's claim. During the course of these communications, it became apparent that any further distributions from AHM would be minimal. As a result, the Trustee filed a motion to abandon his remaining interest in the AHM claim. Time was spent preparing Trustee's Motion to Abandon Unsecured claim and appearing in Court on same. Through the efforts of Trustee's counsel, approximately $14,400.00 was collected for the creditors of this estate regarding this claim.

**Sale of Motor Vehicle:** Included as property of this estate was a 1987 Porsche 944 race car (the "Vehicle") owned by the Debtor free and clear of liens. Time was spent communicating with the Debtor's attorney with respect to the value of the Vehicle and obtaining access to same. Through the efforts of the Trustee's Sales Agent, the Vehicle was auctioned on eBay resulting in a benefit to the estate in the sum of $10,000.00. The individuals who provided services to the Trustee in this category and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 1.10 hrs. | $570.00/hr. | $627.00 |
| Norman B. Newman | 1.80 hrs. | $595.00/hr. | 1,071.00 |
| Norman B. Newman | 1.00 hrs. | $605.00/hr. | 605.00 |
| Norman B. Newman | .70 hrs. | $625.00/hr. | 437.50 |
| Norman B. Newman | .30 hrs. | $640.00/hr. | 192.00 |
| Martin J. Wasserman | 4.10 hrs. | $290.00/hr. | 1,189.00 |
| Martin J. Wasserman | 1.00 hrs. | $300.00/hr. | 300.00 |
| Jeffrey M. Schwartz | .50 hrs. | $550.00/hr. | 275.00 |
| Jeffrey L. Gansberg | 1.60 hrs. | $440.00/hr. | 704.00 |
| | | | |
| **TOTAL:** | **12.10 hrs.** | | **$5,400.50** |

        D.        **Tax Issues (Tab4 )**: Mr. Newman expended a total of 2.80 hours of time dealing with Tax Issues. Time was spent communicating with the Trustee's accountants regarding tax information received from AHM Liquidating Trust, obtaining a W-9 form from the disbursing agent and concerns involved with the treatment of the wage claim payment. Counsel reviewed and transmitted federal and state of Illinois fiduciary tax returns along with payment thereof and reviewed tax information letters received from the trustee of the AHM Trust. Time was also spent communicating with accountants regarding issues with the 2014-1040 and 1041 returns and written communication to Debtor's counsel regarding same. Counsel reviewed correspondences from the IDOR regarding balance owing on 12/31/14 and communicated with accountants regarding possible effects of additional distribution payments and any tax implications. Mr. Newman's time expended is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 2.60 hrs. | $625.00/hr. | $1,625.00 |
| Norman B. Newman | .20 hrs. | $640.00/hr. | 128.00 |
|  |  |  |  |
| TOTAL: | 2.80 hrs. |  | $1,753.00 |

**E.** **Fee Related Matters (Tab 5)**: Much Shelist expended 5.70 hours preparing a Motion for Authority to Pay Sales Agent and final fee applications for Trustee's accountant and Trustee's attorneys. Time was spent drafting, reviewing time entries/invoices for each application and appearing in Court on same. The attorneys who provided services in this category and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | .40 hrs. | $570.00/hr. | $228.00 |
| Norman B. Newman | .50 hrs. | $605.00/hr. | 302.50 |
| Norman B. Newman | .90 hrs. | $625.00/hr. | 562.50 |
| Norman B. Newman | .90 hrs. | $640.00/hr. | 576.00 |
| Martin J. Wasserman | 1.50 hrs. | $290.00/hr. | 435.00 |
| Martin J. Wasserman | 1.50 hrs. | $300.00/hr. | 450.00 |
|  |  |  |  |
| TOTAL: | 5.70 hrs. |  | $2,554.00 |

10. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $140.25. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. Much Shelist asserts that these out-of-pocket expenses were reasonable in its representation of the Trustee.

11. The services rendered by Much Shelist as the Trustee's attorney have resulted in a benefit to the Trustee and to the creditors of this estate. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the Trustee in this matter.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $13,704.50 plus reimbursement of out-of-pocket expenses in the amount of $140.25 for services rendered during the period July 7, 2010 through August 16, 2016;

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist, P.C.**


By: /s/ Norman B. Newman
One of Its Attorneys




Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  312-521-2000
Facsimile:  312-521-2100
nnewman@muchshelist.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 10-24174 |
| | ) | Chapter 7 |
| ROBERT L. TRAHAN and | ) | Honorable Benjamin Goldgar |
| GEIDRE G. TRAHAN, | ) | |
| | ) | Hearing Date:  Wed., Oct. 5, 2016 |
| Debtors. | ) | at 10:00 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant:                           Much Shelist, P.C.

Authorized to provide professional services to:   Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:        July 21, 2010

Period for which compensation is sought:     July 7, 2010 through August 16, 2016

Amount of fees sought:                       $13,704.50

Amount of expense reimbursement sought:      $140.25

Retainer previously received:                $0.00

This is a(n):        Interim Application __        Final Application __**X**__

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:9/9/16                                MUCH SHELIST, P.C.

                                            By: /s/Norman B. Newman

9

4517226_1