UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-24174 |
| | ) | Chapter 7 |
| ROBERT L. TRAHAN and | ) | Honorable Benjamin Goldgar |
| GEIDRE G. TRAHAN, | ) | |
| | ) | Hearing Date: Wed., Oct. 5, 2016 |
| Debtors. | ) | at 10:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, October 5, 2016 at 10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the **Honorable Benjamin Goldgar** or any other Judge sitting in his stead, in **Courtroom 642**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.


/s/ Norman B. Newman
Norman B. Newman, Trustee


Norman B. Newman, ARDC No. 02045427
**MUCH SHELIST, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100


## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 9, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individuals registered to receive notice.

/s/Norman B. Newman

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| TRAHAN, ROBERT L. ) | | Case No. 10-24174 BG |
| TRAHAN, GIEDRE G. ) | | |
| ) | | Hon. BENJAMIN GOLDGAR |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

To:     THE HONORABLE BENJAMIN GOLDGAR

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $3,195.82 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $24,458.16. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 1,945.82 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| | | | |
| TOTAL COMPENSATION | $ | 3,195.82 | |

H:\Trahan Trustee Fee Application.docx

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

H:\Trahan Trustee Fee Application.docx

  

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Robert & Geidre Trahan
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/16/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008648.0009**

10 - Trustee Matters

**FEES THROUGH AUGUST 16, 2016**

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 07/07/10 | NBN | Telephone conference with representative of EPIQ regarding Trahan claim in American Home Mortgage case and review claim register (.30); correspondences with C. Matsakis regarding selling vehicle (.20). | 0.50 |
| 07/07/10 | NBN | Correspondences with G. Krol regarding claim in AHM bank (.20); review schedules and SOFA (.30). | 0.50 |
| 07/08/10 | NBN | Meet with M. Wasserman regarding motion to employ attorney and getting information as to American Home Mortgage Corporation claim. | 0.30 |
| 07/13/10 | NBN | Correspondences with G. Krol regarding information about Porsche needed (.20); discussions with M. Wasserman regarding Chapter 11 claim (.20). | 0.40 |
| 07/21/10 | NBN | Review order employing counsel (.20); review letter to Debtor's attorney and American Home Mortgage claim representative regarding Debtor's claim and payment on same (.20). | 0.40 |
| 07/26/10 | NBN | Review correspondences from G. Krol regarding location of Porsche and title. | 0.30 |
| 08/02/10 | NBN | Correspondences with D. MacDonald regarding viewing the race car. | 0.30 |
| 08/04/10 | NBN | Telephone conference with Debtor's attorney regarding title to the Porsche and telephone call with D. McDonald regarding access. | 0.40 |
| 08/10/10 | NBN | Correspondences with D. McDonald regarding Porsche. | 0.20 |
| 08/16/10 | NBN | Correspondences with D. MacDonald and G. Krol regarding race car. | 0.20 |
| 08/17/10 | NBN | Correspondences with C. Matsakis and D. MacDonald regarding meeting to see Porsche. | 0.30 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ◼ 8477 Solution Center ◼ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ◼ www.muchshelist.com

thinking business, practicing law.

  

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Robert & Geidre Trahan
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/16/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008648.0009**

10 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/31/10 | NBN | Correspondences with the Clerk's office regarding Initial Report of Assets (.20); correspondences with D. MacDonald regarding Porsche (.20). | 0.40 |
| 09/02/10 | NBN | Review asset notice and discharge order. | 0.20 |
| 09/08/10 | NBN | Review notice of 12/1 claim bar date. | 0.20 |
| 09/09/10 | NBN | Correspondence with D. MacDonald regarding meeting to view Porsche. | 0.20 |
| 09/10/10 | NBN | Correspondences with D. MacDonald and C. Matsakis regarding meeting to view Porsche. | 0.30 |
| 09/13/10 | NBN | Correspondences with G. Krol regarding porsche storage charges. | 0.20 |
| 09/17/10 | NBN | Correspondences with Chicago Liquidators regarding Porsche race car. | 0.20 |
| 09/20/10 | NBN | Correspondences with G. Krol and B. Tillman regarding viewing Porsche tomorrow. | 0.20 |
| 09/21/10 | NBN | Telephone conference with Brian of Chicago Liquidators and G. Krol regarding keys to vehicle. | 0.30 |
| 09/27/10 | NBN | Telephone conference with G. Krol and correspondence with Chicago Liquidators regarding key to vehicle and removing vehicle. | 0.30 |
| 09/29/10 | NBN | Meet with B. Tillman and correspondences with C. Matsakis regarding hiring Chicago Liquidators to sell the Porsche. | 0.40 |
| 09/30/10 | NBN | Meet with M. Wasserman regarding motion to employ auctioneer. | 0.20 |
| 10/04/10 | NBN | Correspondences with G. Krol and C. Matsakis regarding picking up vehicle. | 0.40 |
| 10/06/10 | NBN | Correspondences with C. Matsakis and G. Krol regarding getting the Porsche. | 0.30 |
| 10/19/10 | NBN | Correspondences with Brian, C. Matsakis and Debtor's attorney regarding vehicle retrieved and hearing date for motion to authorize sale. | 0.40 |

 **PLEASE SEND PAYMENT TO:**        **Payment due within 30 days of invoice**
  Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

 **QUESTIONS?**
  billinginquiries@muchshelist.com ■ www.muchshelist.com         thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100



FEIN 36-2757501

Robert & Geidre Trahan
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **08/16/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008648.0009**

10 - Trustee Matters

| Date | Atty. | Description | Hours |
|------|-------|-------------|-------|
| 11/03/10 | NBN | Review order employing sale agent and correspondences with C. Matsakis regarding same. | 0.20 |
| 11/09/10 | NBN | Review update on Porsche e-bay auction. | 0.20 |
| 11/11/10 | NBN | Review Porsche auction update. | 0.20 |
| 11/16/10 | NBN | Review final auction results for Porsche and telephone call with C. Matsakis regarding same. | 0.20 |
| 11/17/10 | NBN | Meet with Brian of Chicago Liquidators regarding signature on title. | 0.30 |
| 12/02/10 | NBN | Review claims register. | 0.20 |
| 12/03/10 | NBN | Telephone conference with C. Matsakis regarding porsche sale proceeds. | 0.20 |
| 12/07/10 | NBN | Review notice of plan effective date in American Home Mortgage case (.20); review sale funds and billings from C. Matsakis (.30). | 0.50 |
| 12/08/10 | NBN | Review Chicago Liquidator fee and cost statement and discuss with M. Wasserman. | 0.30 |
| 12/13/10 | NBN | Reviewed filed motion to pay Chicago Liquidators. | 0.20 |
| 01/05/11 | NBN | Letter to C. Matsakis regarding payment of commission and expenses. | 0.20 |
| 03/18/11 | NBN | Discussions with M. Wasserman regarding Chapter 11 wage claim and payment. | 0.20 |
| 04/09/12 | NXS | Reconcile bank account. | 0.20 |
| 05/09/12 | NBN | Meet with J. Schwartz regarding following for distribution in American Home Mortgage case. | 0.20 |
| 05/09/12 | NXS | Reconcile bank account. | 0.20 |
| 06/11/12 | NXS | Reconcile bank account. | 0.20 |
| 07/11/12 | NXS | Reconcile bank account. | 0.20 |

 **PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

 **QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

 

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Robert & Geidre Trahan
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/16/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008648.0009**

10 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/10/12 | NXS | Reconcile bank account. | 0.20 |
| 09/17/12 | NXS | Reconcile bank account. | 0.20 |
| 10/12/12 | NXS | Reconcile bank account. | 0.20 |
| 11/09/12 | NXS | Reconcile bank account. | 0.20 |
| 12/10/12 | NXS | Reconcile bank account. | 0.20 |
| 02/01/13 | NXS | Reconcile bank account. | 0.20 |
| 02/11/13 | NXS | Reconcile bank account. | 0.20 |
| 02/15/13 | NXS | Issue check re: blanket bond. | 0.20 |
| 03/07/13 | NXS | Reconcile bank account. | 0.20 |
| 04/08/13 | NXS | Reconcile bank account. | 0.20 |
| 05/29/13 | NXS | Reconcile bank account. | 0.20 |
| 06/10/13 | NXS | Reconcile bank account. | 0.20 |
| 07/08/13 | NXS | Reconcile bank account. | 0.20 |
| 08/13/13 | NXS | Reconcile bank account. | 0.20 |
| 09/11/13 | NXS | Reconcile bank account. | 0.20 |
| 10/16/13 | NXS | Reconcile bank account. | 0.20 |
| 11/04/13 | NBN | Correspondences with attorney for Plan Trustee regarding distribution to unsecured creditors. | 0.20 |
| 11/06/13 | NXS | Reconcile bank account. | 0.20 |
| 11/18/13 | NBN | Correspondences with C. Cohen regarding employment as accountant. | 0.20 |
| 12/26/13 | NBN | Review WARN settlement from American Home Mortgage case. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

 **QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501



Robert & Geidre Trahan
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/16/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008648.0009**

10 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 01/14/14 | NXS | Reconcile bank account. | 0.20 |
| 01/24/14 | NBN | Review executed affidavit and review filed motion to employ accountant. | 0.20 |
| 01/31/14 | NBN | Correspondences with attorney for American Home Mortgage Trustee regarding final distribution. | 0.20 |
| 02/10/14 | NXS | Issue check to International Sureties re: blanket bond. | 0.20 |
| 02/11/14 | NXS | Reconcile bank account. | 0.20 |
| 03/11/14 | NXS | Reconcile bank account. | 0.20 |
| 05/01/14 | NXS | Reconcile bank account. | 0.20 |
| 05/12/14 | NXS | Reconcile bank account. | 0.20 |
| 06/10/14 | NXS | Reconcile bank account. | 0.20 |
| 07/14/14 | NXS | Reconcile bank account. | 0.20 |
| 08/18/14 | NXS | Reconcile bank account. | 0.20 |
| 09/15/14 | NXS | Reconcile bank account. | 0.20 |
| 10/15/14 | NXS | Reconcile bank account. | 0.20 |
| 11/10/14 | NXS | Reconcile bank account. | 0.20 |
| 12/10/14 | NXS | Reconcile bank account. | 0.20 |
| 01/12/15 | NXS | Reconcile bank account. | 0.20 |
| 02/11/15 | NBN | Correspondences with American Home Mortgage attorney regarding final distribution. | 0.20 |
| 02/11/15 | NXS | Issue check to Trustee re: blanket bond. | 0.10 |
| 02/12/15 | NXS | Reconcile bank account. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.




# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100

FEIN 36-2757501

Robert & Geidre Trahan
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **08/16/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008648.0009**

10 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/16/15 | NBN | Review Forms 1 and 2 and correspondences with A. Katz. | 0.30 |
| 03/11/15 | NXS | Reconcile bank statement. | 0.20 |
| 04/14/15 | NXS | Reconcile bank statements. | 0.20 |
| 04/20/15 | NBN | Telephone conference with C. Cohen regarding tax return information. | 0.20 |
| 04/29/15 | NBN | Telephone conference with A. Katz regarding preparing 2014 return only. | 0.20 |
| 05/15/15 | NXS | Reconcile bank statements. | 0.20 |
| 06/05/15 | NXS | Reconcile bank statements. | 0.20 |
| 06/29/15 | NXS | Deposit funds into bank account from Epiq Solutions. | 0.20 |
| 07/17/15 | NXS | Reconcile bank statements. | 0.20 |
| 09/02/15 | NXS | Reconcile bank accounts. | 0.20 |
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 0.20 |
| 09/15/15 | NBN | Correspondences with G. Krol and J. Zawadzki regarding 1099's for wage claim payments (.40); review latest Grantor Tax information (.20). | 0.60 |
| 10/09/15 | NXS | Reconcile bank accounts. | 0.20 |
| 11/02/15 | NBN | Review sale of vehicle regarding Report of Sale. | 0.20 |
| 11/10/15 | NXS | Reconcile bank accounts. | 0.20 |
| 12/03/15 | NXS | Deposit funds into bank account from Chapter 13 Trustee. | 0.20 |
| 12/08/15 | NBN | Issue check to IDOR for 2014 taxes. | 0.20 |
| 12/08/15 | NXS | Reconcile bank accounts. | 0.20 |
| 01/14/16 | NXS | Reconcile bank statements. | 0.20 |
| 01/19/16 | NBN | Review accountant statement of services. | 0.20 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com


thinking business, practicing law.




# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000   F 312.521.2100

FEIN 36-2757501



Robert & Geidre Trahan
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL  60606

Invoice Number: ******

Invoice Date: **08/16/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0008648.0009**

10 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/10/16 | NXS | Reconcile bank accounts. | 0.20 |
| 02/15/16 | NBN | Review and transmit 1096 & 1099 forms to IRS (.20); review Pitney Bowes 1099 (.10). | 0.30 |
| 03/10/16 | NXS | Reconcile bank accounts. | 0.20 |
| 04/11/16 | NXS | Reconcile bank accounts. | 0.10 |
| 05/17/16 | NXS | Reconcile bank statements. | 0.10 |
| 06/09/16 | NXS | Bank reconciliation. | 0.10 |
| 07/05/16 | NBN | Correspondences with JL Zawadski regarding status of final distribution in American Home Mortgage case. | 0.20 |
| 07/12/16 | NXS | Reconcile bank accounts. | 0.20 |
| 07/13/16 | NBN | Meet with J. Gansberg regarding motion to abandon claim in AHM case. | 0.20 |
|  |  | **Total Hours** | **25.70** |

---

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.