UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-24174 |
| | ) | Chapter 7 |
| ROBERT L. TRAHAN and | ) | Honorable Benjamin Goldgar |
| GEIDRE G. TRAHAN, | ) | |
| | ) | Hearing Date:  Wed., Oct. 5, 2016 |
| Debtors. | ) | at 10:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, October 5, 2016** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Benjamin Goldgar or any other Judge sitting in her stead, in **Courtroom 642**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee for Authorization to Pay Final Compensation to Trustee's Accountants,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 9, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individuals registered to receive notice.

/s/Norman B. Newman

6984888_1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-24174 |
| | ) | Chapter 7 |
| ROBERT L. TRAHAN and | ) | Honorable Benjamin Goldgar |
| GEIDRE G. TRAHAN, | ) | |
| | ) | Hearing Date: Wed., 10/5/16 |
| Debtors. | ) | at 10:00 a.m. |

**APPLICATION OF TRUSTEE FOR AUTHORIZATION TO PAY FINAL
COMPENSATION TO TRUSTEE'S ACCOUNTANTS**

Norman B. Newman, Trustee herein (the "Trustee"), moves this Court for authorization

to pay Miller Cooper & Co., Ltd., ("Miller Cooper") the Trustee's accountants, final

compensation under §§330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.  In

support of his motion, the Trustee respectfully states as follows:

1.      On May 27, 2010, the Debtors filed their petition for relief under Chapter 7 of the

Bankruptcy Code.  The Trustee was subsequently appointed, qualified and continues to serve as

interim Trustee.

2.      On February 5, 2014, this Court entered an Order authorizing the Trustee to

employ Miller Cooper as accountants for the Trustee.  The Trustee was also authorized to pay

Miller Cooper a retainer in the amount of $1,500.00.

3.      Based on the time value of the services rendered, Miller Cooper is entitled to

receive final compensation in the amount of $1,752.50 for services rendered on behalf of the

Trustee.

4.      Other than is permitted under Section 504 of the Bankruptcy Code, Miller Cooper

has no agreement with any other person or firm with regard to its compensation in this case.

5.      At all times relevant hereto, Miller Cooper provided accounting services in the most efficient and cost effective manner.

6.      Miller Cooper expended 7.60 hours of services assisting the Trustee in the preparation of final federal and state tax income returns for the year 2014 and 2015.  A statement of services rendered for this task is attached hereto as Exhibit "A".  The individuals involved in this activity and the time expended by them are as follows:

| Accountant | Hours Expended | Hourly Rate | Total |
|------------|----------------|-------------|-------|
| Avrum Katz | .20 hrs. | $372.00/hr. | $74.40 |
| Avrum Katz | .30 hrs. | $395.00/hr. | 118.50 |
| Avrum Katz | 1.70 hrs. | $403.00/hr. | 685.10 |
| Avrum Katz | .30 hrs. | $403.00/hr. | No charge |
| Ashley Lepcin | 4.50 hrs. | $170.00/hr. | 765.00 |
| Ashley Lepcin | .30 hrs. | $179.00/hr. | 53.70 |
| Jimmy Ransdell | .30 hrs. | $186.00/hr. | 55.80 |
|  |  |  |  |
| **Total:** | **7.60 hrs.** |  | **$1,752.50** |

7.      The services were rendered in connection with and in furtherance of assisting Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re: Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).  At all relevant times, Miller Cooper took care to avoid duplication of services.

8.      The services rendered by Miller Cooper provided a benefit to Trustee and to the creditors of this estate.

**WHEREFORE**, Trustee respectfully prays that this Court enter an Order as follows:

1.      Awarding Miller Cooper final compensation in the amount of $1,752.50 for services rendered as a Chapter 7 expense of administration of this estate;

2.      Authorizing Miller Cooper to apply the $1,500.00 retainer it received against the

compensation awarded;

3.      Authorizing the Trustee to pay Miller Cooper $252.50 representing the balance

owing after the application of the retainer; and

4.      Granting such other and further relief as this Court deems appropriate.

Respectfully submitted,


/s/ Norman B. Newman
Norman B. Newman, Chapter 7 Trustee
for the bankruptcy estate of Robert L. Trahan
and Geidre G. Trahan




Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-24174 |
| | ) | Chapter 7 |
| ROBERT L. TRAHAN and | ) | Honorable Benjamin Goldgar |
| GEIDRE G. TRAHAN, | ) | |
| | ) | Hearing Date:  Wed., 10/5/16 @ 10:00 a.m. |
| Debtors. | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

Name of Applicant:                                   Miller Cooper & Co., Ltd.

Authorized to provide professional services to:     Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:               February 5, 2014

Amount of fees sought:                              $1,752.50

Amount of expense reimbursement sought:             $0.00

Retainer previously received:                       $1,500.00

This is a(n):              Interim Application ___      Final Application X
Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

     The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:  9/9/16                          **Miller Cooper & Co., Ltd.**


By:  /s/ Norman B. Newman