UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-24174 |
| | ) | Chapter 7 |
| ROBERT L. TRAHAN and | ) | Honorable Benjamin Goldgar |
| GEIDRE G. TRAHAN, | ) | |
| | ) | Hearing Date: Wed., Oct. 5, 2016 |
| Debtors. | ) | at 10:00 a.m. |

### CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on September 9, 2016, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

    /s/ Norman B. Newman
    Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

7103496_1

## TRAHAN SERVICE LIST

Chase Bank USA, N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Dyck O'Neal
P.O. Box 13370
Arlington, TX 76094

American Express Travel Related Services
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701