# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: TRAHAN, ROBERT L. | § | Case No. 10-24174 |
| TRAHAN, GIEDRE G. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $629,425.79
*(without deducting any secured claims)*

Assets Exempt: $152,025.79

Total Distribution to Claimants:$2,834.17

Claims Discharged
Without Payment: $74,486.93

Total Expenses of Administration:$21,623.99

3) Total gross receipts of $    24,458.16    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $24,458.16 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,623.99 | 21,623.99 | 21,623.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 77,321.10 | 77,321.10 | 2,834.17 |
| **TOTAL DISBURSEMENTS** | $0.00 | $98,945.09 | $98,945.09 | $24,458.16 |

4)  This case was originally filed under Chapter 7 on May 27, 2010. The case was pending for 77 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/09/2016         By:  /s/NORMAN NEWMAN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim under company's deferred compensation plan | 1129-000 | 14,457.22 |
| Porsche 944 Racecar, car has been for sale for 2 | 1129-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.94 |
| **TOTAL GROSS RECEIPTS** | | **$24,458.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN NEWMAN | 2100-000 | N/A | 3,195.82 | 3,195.82 | 3,195.82 |
| MILLER COOPER & CO., LTD. | 3410-000 | N/A | 1,752.50 | 1,752.50 | 1,752.50 |
| MUCH SHELIST, P.C. | 3220-000 | N/A | 140.25 | 140.25 | 140.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| MUCH SHELIST, P.C. | 3110-000 | N/A | 13,704.50 | 13,704.50 | 13,704.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 8.35 | 8.35 | 8.35 |
| International Sureties, Ltd. | 2300-000 | N/A | 7.05 | 7.05 | 7.05 |
| THE BANK OF NEW YORK MELLON | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.95 | 5.95 | 5.95 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.22 | 11.22 | 11.22 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.40 | 12.40 | 12.40 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.98 | 11.98 | 11.98 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.36 | 12.36 | 12.36 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.94 | 11.94 | 11.94 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.32 | 12.32 | 12.32 |
| ASSOCIATED BANK | 2600-000 | N/A | 12.31 | 12.31 | 12.31 |
| ASSOCIATED BANK | 2600-000 | N/A | 11.89 | 11.89 | 11.89 |
| ASSOCIATED BANK | 2600-000 | N/A | 15.68 | 15.68 | 15.68 |
| ASSOCIATED BANK | 2600-000 | N/A | 22.08 | 22.08 | 22.08 |
| Rabobank, N.A. | 2600-000 | N/A | 13.22 | 13.22 | 13.22 |
| Rabobank, N.A. | 2600-000 | N/A | 25.20 | 25.20 | 25.20 |

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.66 | 13.66 | 13.66 |
| Rabobank, N.A. | 2600-000 | N/A | 21.88 | 21.88 | 21.88 |
| Rabobank, N.A. | 2600-000 | N/A | 21.65 | 21.65 | 21.65 |
| Rabobank, N.A. | 2600-000 | N/A | 23.86 | 23.86 | 23.86 |
| Rabobank, N.A. | 2600-000 | N/A | 22.33 | 22.33 | 22.33 |
| Rabobank, N.A. | 2600-000 | N/A | 21.55 | 21.55 | 21.55 |
| Rabobank, N.A. | 2600-000 | N/A | 24.49 | 24.49 | 24.49 |
| Rabobank, N.A. | 2600-000 | N/A | 21.49 | 21.49 | 21.49 |
| Rabobank, N.A. | 2600-000 | N/A | 23.68 | 23.68 | 23.68 |
| Chicago Liquidators | 3630-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Chicago Liquidators | 3640-000 | N/A | 195.00 | 195.00 | 195.00 |
| Rabobank, N.A. | 2600-000 | N/A | 22.90 | 22.90 | 22.90 |
| Rabobank, N.A. | 2600-000 | N/A | 19.92 | 19.92 | 19.92 |
| Rabobank, N.A. | 2600-000 | N/A | 25.05 | 25.05 | 25.05 |
| Rabobank, N.A. | 2600-000 | N/A | 22.07 | 22.07 | 22.07 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 5.77 | 5.77 | 5.77 |
| Rabobank, N.A. | 2600-000 | N/A | 20.57 | 20.57 | 20.57 |
| Rabobank, N.A. | 2600-000 | N/A | 23.46 | 23.46 | 23.46 |
| Rabobank, N.A. | 2600-000 | N/A | 21.96 | 21.96 | 21.96 |
| Rabobank, N.A. | 2600-000 | N/A | 21.20 | 21.20 | 21.20 |
| Illinois Department of Revenue | 2820-000 | N/A | 174.00 | 174.00 | 174.00 |
| Rabobank, N.A. | 2600-000 | N/A | 23.35 | 23.35 | 23.35 |
| Rabobank, N.A. | 2600-000 | N/A | 30.55 | 30.55 | 30.55 |
| Rabobank, N.A. | 2600-000 | N/A | 28.54 | 28.54 | 28.54 |
| Rabobank, N.A. | 2600-000 | N/A | 31.45 | 31.45 | 31.45 |
| Rabobank, N.A. | 2600-000 | N/A | 29.43 | 29.43 | 29.43 |
| Rabobank, N.A. | 2600-000 | N/A | 28.41 | 28.41 | 28.41 |
| Illinois Department of Revenue | 2820-000 | N/A | 18.22 | 18.22 | 18.22 |
| Rabobank, N.A. | 2600-000 | N/A | 32.27 | 32.27 | 32.27 |
| Rabobank, N.A. | 2600-000 | N/A | 28.23 | 28.23 | 28.23 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 28.99 | 28.99 | 28.99 |
| Rabobank, N.A. | 2600-000 | N/A | 28.18 | 28.18 | 28.18 |
| Rabobank, N.A. | 2600-000 | N/A | 31.99 | 31.99 | 31.99 |
| Rabobank, N.A. | 2600-000 | N/A | 28.06 | 28.06 | 28.06 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 28.02 | 28.02 | 28.02 |
| Rabobank, N.A. | 2600-000 | N/A | 31.85 | 31.85 | 31.85 |
| Rabobank, N.A. | 2600-000 | N/A | 27.94 | 27.94 | 27.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,623.99 | $21,623.99 | $21,623.99 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | 7100-000 | N/A | 29,919.57 | 29,919.57 | 1,131.37 |
| 000002 | DYCK O'NEAL | 7100-000 | N/A | 45,031.25 | 45,031.25 | 1,702.80 |
| 000003 | AMERICAN EXPRESS TRAVEL RELATED SER | 7200-000 | N/A | 2,370.28 | 2,370.28 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $77,321.10 | $77,321.10 | $2,834.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-24174 | **Trustee:** (330270)  NORMAN NEWMAN |
| **Case Name:** TRAHAN, ROBERT L. | **Filed (f) or Converted (c):** 05/27/10 (f) |
| TRAHAN, GIEDRE G. | **§341(a) Meeting Date:** 07/01/10 |
| **Period Ending:** 11/09/16 | **Claims Bar Date:** 12/01/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account Bank of America, N.A. P.O. Box  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Savings Account Bank of America, N.A. P.O. Box 2  Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Wirt2 Realty- security deposit  Orig. Asset Memo: Imported from original petition Doc# 1 | 9,800.00 | 9,800.00 | | 0.00 | FA |
| 4 | Storage:2 older couches, 2 older chairs, end tab  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,910.00 | 0.00 | | 0.00 | FA |
| 5 | Storage: artwork Living Room: artwork  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 830.00 | | 0.00 | FA |
| 6 | kids clothes, clothes, shoes, purses  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,400.00 | 0.00 | | 0.00 | FA |
| 7 | jewelry, fur  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| 8 | Tools, 3 bikes, elliptical, yamaha keyboard  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,250.00 | 0.00 | | 0.00 | FA |
| 9 | Term policies with Northwestern Mutual  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Disability Policy with Northwestern Mutual  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | IRA Northwestern Mutual Investment Services 611  Orig. Asset Memo: Imported from original petition Doc# 1 | 38,771.11 | 0.00 | | 0.00 | FA |
| 12 | IRA Northwestern Mutual Investment Services 611 | 70,501.73 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 2

| | |
|---|---|
| Case Number: 10-24174 | Trustee: (330270) NORMAN NEWMAN |
| Case Name: TRAHAN, ROBERT L. | Filed (f) or Converted (c): 05/27/10 (f) |
| TRAHAN, GIEDRE G. | §341(a) Meeting Date: 07/01/10 |
| Period Ending: 11/09/16 | Claims Bar Date: 12/01/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 401(k) through Wintrust Mortgage<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 18,552.95 | 0.00 | | 0.00 | FA |
| 14 | 401(k) through Wintrust Mortgage<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 15 | Brokerage account through Northwestern Mutual<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 16 | Claim against former employer American Home Mort<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Claim under company's deferred compensation plan<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 463,370.00 | 463,370.00 | OA | 14,457.22 | FA |
| 18 | 2001 Dodge Caravan (90,000 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 19 | Porsche 944 Racecar, car has been for sale for 2<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 10,000.00 | FA |
| 20 | 2001 BMW (needs $3000 of work)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 200.00 | | 0.00 | FA |
| 21 | Computer, printer, scanner, color printer, dvd p<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 700.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.94 | FA |
| 22 | **Assets    Totals** (Excluding unknown values) | **$629,425.79** | **$477,400.00** | | **$24,458.16** | **$0.00** |

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 10-24174 | **Trustee:** (330270)    NORMAN NEWMAN |
| **Case Name:** TRAHAN, ROBERT L. | **Filed (f) or Converted (c):** 05/27/10 (f) |
| TRAHAN, GIEDRE G. | **§341(a) Meeting Date:** 07/01/10 |
| **Period Ending:** 11/09/16 | **Claims Bar Date:** 12/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** **(Scheduled And Unscheduled (u) Property)** **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

Continue to await final distribution from claim in Am. Home Mrtg. Corp.'s Chapter 11 case.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2011          **Current Projected Date Of Final Report (TFR):**    September 9, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-24174 |
| **Case Name:** | TRAHAN, ROBERT L. |
| | TRAHAN, GIEDRE G. |
| **Taxpayer ID #:** | **-***6978 |
| **Period Ending:** | 11/09/16 |

| | |
|---|---|
| **Trustee:** | NORMAN NEWMAN (330270) |
| **Bank Name:** | THE BANK OF NEW YORK MELLON |
| **Account:** | ****-******78-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/08/10 | {19} | Chicago Liquidators | Sale of Porsche DEPOSIT CHECK #1144 | 1129-000 | 10,000.00 | | 10,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,000.04 |
| 01/05/11 | 1001 | Chicago Liquidators | Costs incurred with Sale of Porche pursuant to Order dated 1/5/11 | | | 1,195.00 | 8,805.04 |
| | | | Liquidators Fees                1,000.00 | 3630-000 | | | 8,805.04 |
| | | | Liquidators Expenses              195.00 | 3640-000 | | | 8,805.04 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,805.11 |
| 02/15/11 | 1002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-24174, Bond #016026455 | 2300-000 | | 8.35 | 8,796.76 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,796.82 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,796.89 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,796.96 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,797.03 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,797.10 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,797.17 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,797.24 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,772.24 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,772.31 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,747.31 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,747.38 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,722.38 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,722.45 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,697.45 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,697.52 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,672.52 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,672.59 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,647.59 |
| 02/07/12 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/07/2012 FOR CASE #10-24174, Bond#016026455 | 2300-000 | | 7.05 | 8,640.54 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,615.54 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,590.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,565.54 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,540.54 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,515.54 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,490.54 |

Subtotals :     $10,000.94     $1,510.40

{} Asset reference(s)

Printed: 11/09/2016 07:12 AM     V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-24174 |
| Case Name: | TRAHAN, ROBERT L. |
| | TRAHAN, GIEDRE G. |
| Taxpayer ID #: | **-***6978 |
| Period Ending: | 11/09/16 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330270) |
| Bank Name: | THE BANK OF NEW YORK MELLON |
| Account: | ****-******78-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,465.54 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,440.54 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,415.54 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,390.54 |
| 12/31/12 | | THE BANK OF NEW YORK<br>MELLON | Bank Service Fee | 2600-000 | | 25.00 | 8,365.54 |
| 01/09/13 | | Transfer to Acct #2221644228 | Bank Funds Transfer | 9999-000 | | 8,365.54 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | **10,000.94** | **10,000.94** | **$0.00** |
| Less: Bank Transfers | 0.00 | 8,365.54 |
| **Subtotal** | **10,000.94** | **1,635.40** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$10,000.94** | **$1,635.40** |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-24174 | **Trustee:** NORMAN NEWMAN (330270) |
| **Case Name:** TRAHAN, ROBERT L. | **Bank Name:** ASSOCIATED BANK |
| TRAHAN, GIEDRE G. | **Account:** ********28 - Checking Account |
| **Taxpayer ID #:** **-***6978 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 11/09/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/13 | | Transfer from Acct #004142247865 | Bank Funds Transfer | 9999-000 | 8,365.54 | | 8,365.54 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,355.54 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 5.95 | 8,349.59 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.22 | 8,338.37 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.40 | 8,325.97 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,313.99 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.36 | 8,301.63 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.94 | 8,289.69 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.32 | 8,277.37 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.31 | 8,265.06 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.89 | 8,253.17 |
| 10/22/13 | {17} | EPIQ BANKRUPTCY SOLUTIONS, LLC | Settlement of Priority Claim | 1129-000 | 7,109.05 | | 15,362.22 |
| 10/22/13 | {16} | EPIQ BK SOLUTIONS, AS DISTRIBUTION | Settlement of Priority Claim | 1149-000 | 7,109.05 | | 22,471.27 |
| 10/22/13 | {16} | Reverses Wire In # 0 | Settlement of Priority Claim | 1149-000 | -7,109.05 | | 15,362.22 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.68 | 15,346.54 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.08 | 15,324.46 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 15,324.46 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 15,474.59 | 15,474.59 | $0.00 |
| Less: Bank Transfers | 8,365.54 | 15,324.46 | |
| **Subtotal** | 7,109.05 | 150.13 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,109.05** | **$150.13** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-24174
**Case Name:** TRAHAN, ROBERT L.
TRAHAN, GIEDRE G.
**Taxpayer ID #:** **-***6978
**Period Ending:** 11/09/16

**Trustee:** NORMAN NEWMAN (330270)
**Bank Name:** RABOBANK, N.A.
**Account:** ******0466 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 15,324.46 | | 15,324.46 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.22 | 15,311.24 |
| 01/02/14 | {17} | American Home Mortgage | Payment on Warn Act Claim | 1129-000 | 1,822.63 | | 17,133.87 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.20 | 17,108.67 |
| 02/05/14 | 20101 | MILLER COOPER & CO., LTD. | Retainer pursuant to Order dated 2/5/14 | 3410-000 | | 1,500.00 | 15,608.67 |
| 02/10/14 | 20102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #10-24174, Bond #016026455 | 2300-000 | | 13.66 | 15,595.01 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.88 | 15,573.13 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.65 | 15,551.48 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.86 | 15,527.62 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.33 | 15,505.29 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.55 | 15,483.74 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.49 | 15,459.25 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.49 | 15,437.76 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.68 | 15,414.08 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.90 | 15,391.18 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.92 | 15,371.26 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.05 | 15,346.21 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.07 | 15,324.14 |
| 02/11/15 | 20103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #10-24174, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 5.65 | 15,318.49 |
| 02/11/15 | 20103 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #10-24174, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -5.65 | 15,324.14 |
| 02/11/15 | 20104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #10-24174, Bond Number 10BSBGR6291 Voided on 02/11/15 | 2300-000 | | 5.77 | 15,318.37 |
| 02/11/15 | 20104 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #10-24174, Bond Number 10BSBGR6291 Voided: check issued on 02/11/15 | 2300-000 | | -5.77 | 15,324.14 |
| 02/11/15 | 20105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE | 2300-000 | | 5.77 | 15,318.37 |

Subtotals :                $17,147.09        $1,828.72

{} Asset reference(s)

Printed: 11/09/2016 07:12 AM    V.13.28

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-24174 | **Trustee:** NORMAN NEWMAN (330270) |
| **Case Name:** TRAHAN, ROBERT L. | **Bank Name:** RABOBANK, N.A. |
| TRAHAN, GIEDRE G. | **Account:** ******0466 - Checking Account |
| **Taxpayer ID #:** **-***6978 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 11/09/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #10-24174, BOND NUMBER 10BSBGR6291 | | | | |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.57 | 15,297.80 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.46 | 15,274.34 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.96 | 15,252.38 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.20 | 15,231.18 |
| 06/22/15 | 20106 | Illinois Department of Revenue | Taxes owing for year 2014 | 2820-000 | | 174.00 | 15,057.18 |
| 06/29/15 | {17} | EPIQ Bankruptcy Solutions, as<br>Distribution Agent for Am. | Payment on Allowed General Unsecured<br>Wage Claim | 1129-000 | 5,525.54 | | 20,582.72 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.35 | 20,559.37 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.55 | 20,528.82 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.54 | 20,500.28 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.45 | 20,468.83 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.43 | 20,439.40 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.41 | 20,410.99 |
| 12/08/15 | 20107 | Illinois Department of Revenue | Taxes owing for 12/31/14 | 2820-000 | | 18.22 | 20,392.77 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.27 | 20,360.50 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.23 | 20,332.27 |
| 02/17/16 | 20108 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/17/2016 FOR CASE<br>#10-24174, Bond #10BSBGR6291 | 2300-000 | | 28.99 | 20,303.28 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.18 | 20,275.10 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.99 | 20,243.11 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.06 | 20,215.05 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.02 | 20,187.03 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.85 | 20,155.18 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.94 | 20,127.24 |
| 10/05/16 | 20109 | NORMAN NEWMAN | Dividend paid 100.00% on $3,195.82, Trustee<br>Compensation;  Reference: | 2100-000 | | 3,195.82 | 16,931.42 |
| 10/05/16 | 20110 | MILLER COOPER & CO., LTD. | Dividend paid 100.00% on $1,752.50,<br>Accountant for Trustee Fees (Other Firm);<br>Reference: | 3410-000 | | 252.50 | 16,678.92 |
| 10/05/16 | 20111 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $140.25, Attorney<br>for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 140.25 | 16,538.67 |
| 10/05/16 | 20112 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $13,704.50,<br>Attorney for Trustee Fees (Trustee Firm);<br>Reference: | 3110-000 | | 13,704.50 | 2,834.17 |
| 10/05/16 | 20113 | CHASE BANK USA, N.A. | Final Distribution Pursuant to Court Order<br>entered on October 5, 2016. | 7100-000 | | 1,131.37 | 1,702.80 |

| | Subtotals : | $5,525.54 | $19,141.11 |
|---|---|---|---|

{} Asset reference(s)

Printed: 11/09/2016 07:12 AM    V.13.28

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 10-24174 | | Trustee: | NORMAN NEWMAN (330270) |
| Case Name: | TRAHAN, ROBERT L. | | Bank Name: | RABOBANK, N.A. |
| | TRAHAN, GIEDRE G. | | Account: | ******0466 - Checking Account |
| Taxpayer ID #: | **-***6978 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/09/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/16 | 20114 | DYCK O'NEAL | Final Distribution Pursuant to Court Order<br>entered on October 5, 2016. | 7100-000 | | 1,702.80 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | | 22,672.63 | 22,672.63 | $0.00 |
| Less: Bank Transfers | | | 15,324.46 | 0.00 |
| Subtotal | | | 7,348.17 | 22,672.63 |
| Less: Payments to Debtors | | | | 0.00 |
| NET Receipts / Disbursements | | | $7,348.17 | $22,672.63 |

| Net Receipts : | 24,458.16 |
|---|---|
| Net Estate : | $24,458.16 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******78-65 | 10,000.94 | 1,635.40 | 0.00 |
| Checking # ********28 | 7,109.05 | 150.13 | 0.00 |
| Checking # ******0466 | 7,348.17 | 22,672.63 | 0.00 |
| | $24,458.16 | $24,458.16 | $0.00 |

{} Asset reference(s)

Printed: 11/09/2016 07:12 AM   V.13.28